UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 20-CR-106 (KSH) |
| v. | : |
| LUIS EDUARDO VELAZQUEZ-CORDERO | : **SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan M. Peck, Assistant U.S. Attorney, appearing); and the Defendant being represented by Humberto R. Dominguez; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 29th day of 2020, ORDERED that:

1. The Government shall provide any oral, written or recorded statement of the Defendant or, in the case of an organizational defendant, of any person who is legally able to bind the Defendant because of that person's position as a director, officer, employee or agent of the Defendant on or before December 1, 2020.

1

2.   The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before December 1, 2020.  Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3.   The parties should make a good faith attempt to establish a reasonable schedule for the remainder of discovery required by Federal Rule of Criminal Procedure 16(a)(1), and to set forth that schedule in this paragraph.]

4.   The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before December 1, 2020.

5.   The parties should make a good faith attempt to establish a reasonable schedule for the remainder of discovery required by Federal Rule of Criminal Procedure 16(b)(1), and to set forth that schedule in this paragraph.]

6.   A status conference shall be held on __a date to be set__, at _forth by the Court_. _____ a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_/s/ Katharine S. Hayden_
HON. KATHARINE S. HAYDEN
United States District Judge

2